```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 08 B 14328
   KATHLEEN KINKADE
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-8307


------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/04/08 .

   2.  The case was converted to Chapter 7 without confirmation, 09/25/2008.

   3.  The Debtor paid a total of $   2720.20 .

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
HSBC BANK                  CURRENT MORTG             .00          .00           .00
HSBC BANK                  MORTGAGE ARRE   NOT FILED             .00           .00
CHASE HOME EQUITY          SECURED                   .00          .00           .00
CHASE HOME EQUITY          MORTGAGE ARRE   NOT FILED             .00           .00
ILLINOIS DEPT REVENUE      PRIORITY        NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED             .00           .00
AMEX CENTURION BANK        UNSECURED                 .00          .00           .00
VISA DSNB                  UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00           .00
DISCOVER BANK              UNSECURED       NOT FILED             .00           .00
FALLING WATERS CONDO ASS   SECURED         NOT FILED             .00           .00
GEMB                       UNSECURED       NOT FILED             .00           .00
GEMB                       UNSECURED       NOT FILED             .00           .00
GEMB                       UNSECURED       NOT FILED             .00           .00
HSBC                       UNSECURED       NOT FILED             .00           .00
HSBC                       UNSECURED       NOT FILED             .00           .00
HSBC                       UNSECURED       NOT FILED             .00           .00
KOHLS                      UNSECURED       NOT FILED             .00           .00
LIEBERMAN & ASSOC          UNSECURED       NOT FILED             .00           .00
MCYDSNB                    UNSECURED       NOT FILED             .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
NORTHWESTERN UNIVERSITY    UNSECURED       NOT FILED             .00           .00
PEOPLES GAS                UNSECURED       NOT FILED             .00           .00
TALBOTS                    UNSECURED       NOT FILED             .00           .00
PHARIA LLC                 UNSECURED       NOT FILED             .00           .00
VISA DSNB                  UNSECURED       NOT FILED             .00           .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00         .00         .00         .00         .00
PRINCIPAL PAID                  .00         .00         .00         .00         .00
INTEREST PAID                   .00         .00         .00         .00         .00
TOTAL PAID                      .00         .00         .00         .00         .00
```

The Debtor's attorney, DAVID M SIEGEL                , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $   2720.20 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 14328 KATHLEEN KINKADE